**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**JONATHAN NELSON-SOTO,**

**Plaintiff,**

**v.**                                                                    **CIVIL NO. 12-1144 (GAG)**

**JUAN RAMON VELEZ-RAMOS, et. al.,**

**Defendants.**

## ORDER

Plaintiff filed the present action claiming damages stemming from his mother's killing, which occurred when he was a young child, under 42 U.S.C. § 1983 and Article 1802 of the Puerto Rico Civil Code, P.R. Laws Ann. tit. 31 § 5141.  Defendant Vélez Ramos, a former Puerto Rico Police Department officer, who shot and killed Plaintiff's mother, failed to answer the complaint thus, the court granted default judgment against him and scheduled a default damages hearing. (Docket No. 23.)  The hearing was held on March 21, 2013 before Magistrate Judge Carreño-Coll. (Docket No. 37.)  On October 10, 2014, Magistrate Judge Carreño-Coll issued a Report and Recommendation noting that, after considering the testimonies presented and evidence introduced at the damages hearing, an award of $1,000,000.00 was appropriate and therefore, recommended that judgment be entered in favor of Plaintiff.  (Docket No. 56.)  After a careful review of said report, and having no opposition thereto, the undersigned hereby **ADOPTS** it (Docket No. 56) in its entirety.

S**O ORDERED.**

In San Juan, Puerto Rico this 5th day of November, 2014.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge